IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| GARY M. ANDRES, SR., Executor of the Estate for JOHN R. ANDRES, deceased, | ) ) ) | CIVIL ACTION FILE NO.:  0:21-cv-61757-JEM |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| AEROJET ROCKETDYNE, INC.; BENNETT AUTO SUPPLY, INC.; BOEING COMPANY, THE; COAST AEROSPACE MANUFACTURING, INC.; COOPER INDUSTRIES, LLC; CRANE CO.; CURTISS-WRIGHT CORPORATION; DEXTER HYSOL AEROSPACE LLC; DOW CHEMICAL COMPANY, THE; EATON AEROQUIP, LLC; ERICSSON, INC.; FLINT HILLS RESOURCES, LLC; GENERAL DYNAMICS CORPORATION; GENERAL ELECTRIC COMPANY; GOODRICH CORPORATION; H.B. FULLER COMPANY; HONEYWELL AEROSPACE; HONEYWELL INTERNATIONAL, INC.; HUBBELL LIGHTING INC.; HUNTSMAN CORPORATION; IMO INDUSTRIES, INC.; KAMAN CORPORATION; KOCH INDUSTRIES INC.; LEEDS & NORTHRUP COMPANY; LOCKHEED MARTIN CORPORATION; MINE SAFETY APPLIANCE COMPANY, LLC; MORTON INTERNATIONAL, LLC; NOKIA OF AMERICA CORPORATION; OCCIDENTAL CHEMICAL CORPORATION; PARKER-HANNIFIN CORPORATION; PLASTICS ENGINEERING COMPANY; PNEUMO-ABEX, LLC; PREMIX-MARBLETITE MANUFACTURING CO.; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| RAYTHEON TECHNOLOGIES CORPORATION; | ) ) |
| ROCKWELL AUTOMATION, INC.; | ) |
| ROHR, INC.; | ) |
| SCHNEIDER ELECTRIC USA, INC.; | ) |
| SHELL CHEMICAL LP; | ) |
| TELEDYNE TECHNOLOGIES INCORPORATED; | ) ) |
| TEX-COTE LLC; | ) |
| UNION CARBIDE CORPORATION; | ) |
| VIACOMCBS INC.; and | ) |
| WYETH HOLDINGS LLC; | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES OF DEFENDANTS

PLEASE TAKE NOTICE that Amanda Cachaldora, Esq. and Bice Cole Law Firm, P.L., hereby enter an appearance as their counsel of record on behalf of Defendants, Goodrich Corporation, IMO Industries, Inc., Leeds & Northrup Company, Parker-Hannifin Corporation, Rockwell Automation, Inc., Raytheon Technologies Corporation, Rohr, Inc., and Wyeth Holdings LLC, and respectfully request that any and all pleadings, discovery, deposition notices, hearing notices, motions, correspondence, and any and all other documents pertaining to the above-referenced matter be forwarded to the attention of the undersigned counsel at the address below.

Primary Electronic Mail Address:   cachaldora@bicecolelaw.com

Secondary Electronic Mail Address:   cole@bicecolelaw.com
chungtims@bicecolelaw.com
AsbestosService@bicecolelaw.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 25th day of August, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court, and served on all counsel of record via CM/ECF.

BICE COLE LAW FIRM, P.L.

By: */s/ Amanda Cachaldora*
Susan J. Cole, B.C.S., FBN: 270474
Melanie Chung-Tims, FBN: 27603
Amanda Cachaldora, FBN: 270474
999 Ponce de Leon Boulevard, Suite 710
Coral Gables, FL 33134
Phone: (305) 444-1225
Fax: (305) 446-1598

cole@bicecolelaw.com
chung-tims@bicecolelaw.com
cachaldora@bicecolelaw.com
AsbestosService@bicecolelaw.com

*Counsel for Defendant Goodrich Corporation, IMO Industries, Inc., Parker-Hannifin Corporation, Leeds & Northrup Company, Raytheon Technologies Corporation, Rockwell Automation, Inc., Rohr, Inc. and Wyeth Holdings LLC.*