UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 21-61757-CIV-MARTINEZ

GARY M. ANDRES, SR., executor for John R. Andres, deceased,

    Plaintiff,

v.

RAYTHEON TECHNOLOGIES CORPORATION,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel A. Garcia of Gordon Rees Scully Mansukhani hereby notify the Court and all interested parties of her appearance as counsel for Defendant, Bennett Auto Supply, Inc. The undersigned hereby designates primary and secondary e-mail addresses and requests that copies of all orders, pleadings and other documents filed or served in this matter be served on him at the primary and secondary e-mail addresses listed below. Where service of hard copies is to be made in addition to the e-mail service, counsel requests that the copies be served upon him at the physical address listed below:

Attorney: Daniel A. Garcia, Esq.
Primary E-Mail: daniel.garcia@grsm.com
Secondary E-Mail: jsoto@grsm.com

Respectfully submitted,

s/Daniel A. Garcia
By: _____
Ari Shapiro
Florida Bar No. 0183253
Daniel A. Garcia

**GORDON REES SCULLY MANSUKHANI**
Miami Tower, 100 S.E. 2nd Street, Ste. 3900, Miami, FL 33131

Case No.: 21-61757-CIV-MARTINEZ

        Florida Bar No. 0194130
        GORDON REES SCULLY MANSUKHANI, LLP
        100 SE 2nd Street, Suite 3900
        Miami, Florida 33131
        (305) 428-5300
        Fax (877) 634-7245
        ashapiro@grsm.com
        daniel.garcia@grsm.com
        *Attorneys for Bennett Auto Supply, Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 27, 2021 the foregoing *Notice of Appearance* was filed and served via the Court's ECF/Electronic Filing System.

        s/Daniel A. Garcia
        _____
        Ari Shapiro
        Daniel A. Garcia